45403.   ASHLEY v. AMERICAN MUTUAL
LIABILITY INSURANCE COMPANY et al.

HALL, Presiding Judge. Claimant appeals from the judgment of
the Bibb County Superior Court affirming the award of the
State Board of Workmen's Compensation which had set aside
an award of benefits by the deputy director.

On May 10, 1968, claimant tripped and fell on his left side while
working. The next day he consulted an orthopedic surgeon, Dr.
L. E. Dickey, about his left arm, and in September Dr. Dickey
performed surgery upon the arm. Claimant had broken this
arm in 1957 and was also treated at that time by Dr. Dickey
who testified that the 1968 x-rays showed fractures in exactly
the same bones at the same places. He diagnosed a non-union
of the previous fractures rather than fresh breakage. He fur-
ther testified that in his opinion, the fall in 1968 was a painful
incident which caused claimant to finally revisit a doctor, but
not the cause of the non-union. Claimant himself testified that
his arm had been progressively "bending" in the intervening
years, getting "worse and worse," although he had continued to
work steadily.

The board found that "while the claimant may have sustained an
accident on May 10, 1968, it was of a minor nature and pro-
duced no disability but that the disability which the claimant
has is a result of the accident of 1957."

Claimant contends the award is contrary to law and cites *General
Motors Corp. v. Hargis,* 114 Ga. App. 143 (150 SE2d 303).
However, that case does not support his contention. It held that
the award there was based on an erroneous legal theory since
it recited there was no evidence of prior injury when in fact

the record contained such evidence. The case was remanded to the board for further findings of fact. Here the board considered all the evidence and made findings upon it in the light of applicable legal principles. As there is evidence to support these findings, they are binding on all courts. *Lee v. General Acc. Group,* 112 Ga. App. 197 (144 SE2d 457); *Hartford Acc. &c. Co. v. Ledford,* 116 Ga App. 402 (157 SE2d 318).

    *Judgment affirmed. Deen and Evans, JJ, concur.*
SUBMITTED JUNE 9, 1970—DECIDED JUNE 26, 1970.

*Miller & Miller, Lawton Miller, Jr.,* for appellant.
*Brackett, Arnall & Stephens, H. P. Arnall,* for appellees.